MAGISTRATE JUDGE ASHMAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS   JUDGE RONALD GUZMAN
EASTERN DIVISION

**08 CR    647**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| | ) | |
| v. | ) | Violations: Title 21, United States |
| | ) | Code, Section 841(a)(1); Title 18, United |
| CALVIN DAVIS | ) | States Code, Sections 922(g)(1) and |
| | ) | 924(e)(1). |

**FILED**

JN  AUG 13 2008
Aug 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about February 28, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

CALVIN DAVIS,

defendant herein, knowingly and intentionally possessed with intent to distribute a controlled substance, namely, in excess of five grams of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT TWO**

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about February 28, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

CALVIN DAVIS,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, namely, one Browning 9mm handgun, bearing serial number 245NV71707, which firearm was in and affecting commerce in that the firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION ONE

The SPECIAL MARCH 2007 GRAND JURY further charges:

1. The allegations contained in Count One of this Indictment are realleged and incorporated as if fully restated herein for the purpose of alleging that certain property is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853.

2. As a result of his violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count One in this Indictment,

CALVIN DAVIS

defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2) the following property and interest: (1) any and all property constituting or derived from the proceeds obtained, directly and indirectly, as a result of the violation of Title 21, United States Code, Section 841(a)(1); and (2) any and all of the property used, or intended to be used, in any manner or part to commit and facilitate the commission of the violation of Title 21, United States Code, Section 841(a)(1).

3. The interests of the defendant subject to forfeiture pursuant to Title 21, United States Code, Section 853, include, but are not limited to $514 in United States currency representing proceeds of narcotics distribution.

4. If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853(a), as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or, sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

  d.  has been substantially diminished in value; or

  e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of substitute property belonging to the defendant under the provisions of Title 21, United States Code, Section 853(p);

  All pursuant to Title 21, United States Code, Section 853.

## FORFEITURE ALLEGATION TWO

The SPECIAL MARCH 2007 GRAND JURY further charges that:

1. The allegations contained in Count Two of this Indictment are realleged and incorporated herein by reference for the purpose of alleging that certain property is subject to forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(a).

2. As a result of his violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count Two of the foregoing Indictment,

CALVIN DAVIS,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant toe Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) is one Browning, 9mm handgun, bearing serial number 245NV71707 and eleven rounds of 9mm ammunition;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY