UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
8-21-08
AUG 21 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No.  08 CR 647 |
| | ) | Judge Martin C. Ashman |
| CALVIN DAVIS | ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

> Name: CALVIN DAVIS
> Sex:  Male
> Prisoner No.: B09917

has been and now is, in due form and process of law, detained in the following institution:

> Stateville Correctional Center
> Route 53
> P.O. Box 112
> Joliet, IL 60434

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violating Title 18, United States Code, Section 922(g)(1), and Title 21, United States Code, Section 841(a)(1), and is now wanted in such division and district on September 10, 2008, at 10:30 a.m. for arraignment before Judge Ashman, Courtroom 1386.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL<br>NORTHERN DISTRICT OF ILLINOIS<br>CHICAGO, ILLINOIS | WARDEN<br>STATEVILLE CORRECTIONAL CENTER<br>ROUTE 53<br>P.O. BOX 112<br>JOLIET, IL 60434 |

commanding them to produce the body of the said prisoner before Judge Ashman, Courtroom 1386, 219 S. Dearborn St., Chicago, IL, on September 10, 2008 at 10:30 a.m.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *[signature]*
ANTHONY P. GARCIA
Assistant U. S. Attorney
(312) 353-4129