## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 647 - 1 | **DATE** | 8/22/2008 |
| **CASE TITLE** | USA vs. Calvin Davis | | |

**DOCKET ENTRY TEXT**

Enter order. Government's petition for writ of habeas corpus ad prosequendum is granted. It is hereby ordered that the United States Marshal and Warden of Stateville Correctional Center bring or cause to be brought before this court, on 9/10/2008 at 10:30 a.m., in the United States Court House in Chicago, Illinois, Courtroom 1386, 219 S. Dearborn, Chicago, IL, the body of the defendant Calvin Davis, and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commending them, be issued by the Clerk of this Court.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

FILED
2008 AUG 22 PM 3:15
U.S. DISTRICT COURT

Writs issued
8/25/08

| | Courtroom Deputy Initials: | IS |
|---|---|---|