UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  08 CR 647 |
| v. | ) | |
| | ) | Judge Martin C. Ashman |
| CALVIN DAVIS | ) | |

08 CR 647

## ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name: CALVIN DAVIS
Sex: Male
Prisoner No.: B09917

has been and now is, in due process of law, incarcerated in the following institution:

Stateville Correctional Center, Route 53, P.O. Box 112, Joliet, IL 60434

and that said defendant is charged in the above-captioned case with violating Title 21, United States Code, Section 841, and Title 18, United States Code, Section 922(g)(1), and that said defendant should appear in this case in the United States District Court at Chicago, Illinois at 10:30 a.m. on September 10, 2008, for an initial appearance Judge Martin C. Ashman, Courtroom 1386, 219 S. Dearborn, Chicago, IL.

IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL
Northern District of Ill.
Chicago, Illinois

WARDEN
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, IL 60434

bring or cause to be brought before this Court, on September 10, 2008, at 10:30 a.m., in the United States Court House in Chicago, Illinois, Courtroom 1386, 219 S. Dearborn, Chicago, IL, the body

of the defendant Calvin Davis; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
Magistrate Judge MARTIN C. ASHMAN

DATED at Chicago, Illinois
this 22nd day of August, 2008